```
                    IN THE UNITED STATES DISTRICT COURT
                        MIDDLE DISTRICT OF GEORGIA
                            COLUMBUS DIVISION
```

RALPH SMITH, JR.,                       *

        Plaintiff,            *

vs.                                     *
                                             CASE NO. 4:07-CV-100 (CDL)
DWIGHT HAMRICK, et al.,
                                        *
        Defendants.
                                        *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on February 6, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 6th day of March, 2008.

                                           S/Clay D. Land
                                            CLAY D. LAND
                                  UNITED STATES DISTRICT JUDGE